IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Najieb, Lawrence | Case Number: 05 B 61198 |
|---|---|---|
| | Najieb, Annie D | Judge: Wedoff, Eugene R |
| | Printed: 2/12/08 | Filed: 10/16/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Ch 7 Conversion:  July 18, 2007
Confirmed:  January 12, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 28,500.00 |  |
| Secured: |  | 8,091.35 |
| Unsecured: |  | 16,908.71 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 1,476.28 |
| Other Funds: |  | 23.66 |
| Totals: | 28,500.00 | 28,500.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,000.00 | 2,000.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 4. | Alliant Credit Union | Secured | 0.00 | 0.00 |
| 5. | Alliant Credit Union | Secured | 7,759.56 | 7,370.60 |
| 6. | CitiFinancial | Secured | 720.75 | 720.75 |
| 7. | Alliant Credit Union | Unsecured | 5,534.32 | 5,432.63 |
| 8. | RoundUp Funding LLC | Unsecured | 284.52 | 71.37 |
| 9. | World Financial Network Nat'l | Unsecured | 162.10 | 40.11 |
| 10. | Specialized Management Consultants | Unsecured | 468.94 | 116.03 |
| 11. | Monahan & Cohen | Unsecured | 6,124.78 | 1,611.32 |
| 12. | Capital One | Unsecured | 678.16 | 137.77 |
| 13. | Sallie Mae | Unsecured | 17,643.14 | 4,642.33 |
| 14. | Resurgent Capital Services | Unsecured | 17,947.53 | 4,721.67 |
| 15. | Alliant Credit Union | Unsecured | 547.53 | 135.48 |
| 16. | Advocate Trinity Hospital | Unsecured |  | No Claim Filed |
| 17. | University of Illinois | Unsecured |  | No Claim Filed |
| 18. | Blue Cross & Blue Shield | Unsecured |  | No Claim Filed |
| 19. | Medical Payment Data | Unsecured |  | No Claim Filed |
| 20. | Michael O'Connor | Unsecured |  | No Claim Filed |
| 21. | The Children's Memorial Medical Center | Unsecured |  | No Claim Filed |
| 22. | MRSI | Unsecured |  | No Claim Filed |
| 23. | Bank Of America | Unsecured |  | No Claim Filed |
|  |  |  | $ 59,871.33 | $ 27,000.06 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Najieb, Lawrence
      Najieb, Annie D
      Printed: 2/12/08

Case Number: 05 B 61198
Judge: Wedoff, Eugene R
Filed: 10/16/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 577.50 |
| 5% | 218.55 |
| 4.8% | 435.94 |
| 5.4% | 244.29 |
|  | _____ |
|  | $ 1,476.28 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

